Order entered October 18, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00277-CV

**PEDRO GONZALEZ & MARIA GOMEZ, ET AL., Appellants**

**V.**

**VATR CONSTRUCTION LLC & ALL
AMERICAN ROOFING & CONSTRUCTION, Appellees**

**On Appeal from the 298th District Court
Dallas County, Texas
Trial Court Cause No. DC-09-09360-M**

## ORDER

The Court has before it appellants' October 12, 2012 unopposed motion for extension of time to file appellants' reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by November 14, 2012.



MOLLY FRANCIS
JUSTICE